tioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, David L. Luce* and *Joseph M. Howard* for the United States.

No. 671. MITCHELL *v.* INDIANA. Supreme Court of Indiana. Certiorari denied. *Tyrah Ernest Maholm* for petitioner. *Edwin K. Steers,* Attorney General of Indiana, and *Owen S. Boling,* Deputy Attorney General, for respondent.

No. 675. FLORIDA EX REL. SHROPSHIRE *v.* MAYO, COMMISSIONER OF AGRICULTURE OF FLORIDA AND CUSTODIAN OF STATE PRISONERS. Supreme Court of Florida. Certiorari denied. *Joseph M. Glickstein, Jr.* for petitioner.

No. 676. ACORD ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Loyd Benefield* for the Chicago, Rock Island & Pacific Railroad Co., petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Herman S. Greitzer* for the United States.

No. 678. PURITAN CHURCH—THE CHURCH OF AMERICA ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Reginald B. Jackson* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Davis W. Morton, Jr.* for respondent.

No. 682. PORTER *v.* GENERAL ELECTRIC Co. C. A. 9th Cir. Certiorari denied. *Ivan Merrick, Jr.* and *Florence Mayne Merrick* for petitioner.